Barry E. Borowitz, #167418
Nancy B. Clark, #207024
**Borowitz & Clark, LLP**
100 North Barranca Avenue, Suite 250
West Covina, CA 91791
(626) 332-8600 Telephone
(626) 332-8644 Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| In re: | Case No. 2:09-bk-24262-EC |
|---|---|
| JUAN DE LA TORRE, | Chapter 13 |
| and | **APPLICATION FOR SUPPLEMENTAL FEES; TRUSTEE'S RECOMMENDATION AND ORDER THEREON** |
| ALEJANDRA ESTRELLA DE LA TORRE, | |
| Debtor (s) | |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE; AND KATHY A. DOCKERY, CHAPTER 13 TRUSTEE: Applicant is counsel of record for the above-named Debtor(s) who are under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $4,000.00. Since confirmation of said Plan, Supplemental fees have been awarded as follows $0.00. Total fees awarded to date $4,000.00. Since confirmation of said Plan, applicant has performed certain extraordinary services at the request of the Debtor(s) as follows:

| HOURS RATE | ACTIVITY |
|---|---|
| .10 hrs @ $90.00/hr<br>Administrator-Alma Polanco | 6/25/09- Administrator drafted letter for appraiser and emailed to appraiser. |
| 1.10 hrs @ $415.00/hr<br>Attorney-Eva Taylor | 7/10/09 – Attorney prepared adversary proceeding ("AP") complaint and related documents. |
| .20 hrs @ $415.00/hr<br>Attorney-Barry E. Borowitz | 7/13/09 – Attorney reviewed AP with attached exhibits; signed and gave to administrator for filing. Missing declaration of appraiser. |
| .20 hrs @ $90.00/hr<br>Administrator-Alma Polanco | 7/14/09 – Received, reviewed and attached appraisers declaration. Prepared AP cover sheet and attached to AP. Researched creditor addresses for proof of service. |
| .30 hrs@ $90.00/hr | 7/29/09 – Executed Summons. |

-1-

| | | |
|---|---|---|
| 1 | .70 hrs @ $415.00/hr<br>Attorney-Barry Borowitz | 8/26/09 – Attorney prepared and signed Request for Entry of Default. |
| 2 | $75.00 Flat Rate Appearance Attorney-Keith Higginbotham | 9/23/09 – Status Conference hearing. |
| 3 | 1.20 hrs @ $415.00/hr<br>Attorney-Eva Taylor | 9/24/09 – Attorney prepared Motion for Default Judgment. |
| 4 | .50 hrs @ $90.00/hr<br>Administrator-Alma Polanco | 9/25/09 – Administrator prepared notice of hearing on the Motion for Default. |
| 5 | .20 hrs @ $415.00/hr<br>Attorney-Nancy B. Clark | 10/17/09 – Attorney called Casper Rankin at Pite Duncan to discuss stipulation regarding AP. Attorney to contact his client. |
| 6 | .10 hrs @ $415.00/hr<br>Attorney-Barry Borowitz | 11/17/09 – Received and reviewed Motion for Relief filed by Golden 1 Credit Union. Advised Administrator to send letter to client. |
| 7 | .10 hrs @ $90.00/hr<br>Administrator-Alma Polanco | 11/17/09 – Administrator drafted letter to client per attorney's instructions. |
| 8 | 1.20 hrs @ $415.00/hr<br>Attorney-Nancy B. Clark | 11/24/09 – Attorney appeared for Motion for Default Hearing. The Court requested proof of priority of liens. Attorney requested a continuance (included travel time to and from court and appearance at 6 hearings. Only billable for 1.20 hrs). |
| 9 | 1.50 hrs @ $415.00/hr<br>Attorney-Nancy B. Clark | 12/17/09 – Attorney researched and prepared Supplemental Declaration in support of Motion for Default Judgment. |
| 10 | .30 hrs @ $415.00/hr<br>Attorney-Nancy B. Clark | 12/17/09 – Attorney called Casper Rankin at Pite Duncan. Mr. Rankin advised that his client would not respond at this time. |
| 11 | .60 hrs @ $415.00/hr<br>Attorney-Nancy B. Clark | 12/22/09 – Attorney appeared at continued Motion for Default Judgment Hearing. Court advised Attorney that debtor had not met their burden. Attorney requested one more continuance (including travel time to and from court and appearance at 5 hearings, only billable for .60 hrs). |
| 12 | .80 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 2/2/10 – Attorney prepared Motion to Disallow Claim of EMC Mortgage. |
| 13 | .30 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 2/3/10 – Administrator prepared Voluntary Dismissal of Motion for Default Judgment. |
| 14 | 1.50 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 2/4/10 – Attorney appeared at Motion for Default hearing and advised court that we would be filing a Motion to Disallow claim in order to resolve identity of second lien holder (including travel time and only appearance). |
| 15 | .20 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 2/17/10 – Attorney called Casper Rankin at Pite Duncan to request that creditor stipulate on AP and to advise that we had filed a Motion to Disallow their claim due to conflicting information contained in proof of claim. |
| 16 | .30 hrs @ $475.00/hr | 2/23/10 – Attorney called Angela Fontanini at Pite |

-2-

| | |
|---|---|
| Attorney-Nancy B. Clark | Duncan. Creditor interested in stipulating on AP as long as we withdraw our Motion to Disallow Claim. |
| .80 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 3/3/10 – Attorney prepared Stipulated Judgment regarding AP and faxed to Pite Duncan. |
| .20 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 3/9/10 – Attorney received Stipulation from Pite Duncan. Reviewed and signed. |
| .30 hrs @ $125.00/hr<br>Attorney-Nancy Montes | 3/5/09 – Administrator prepared Notice of Voluntary Dismissal of Motion to Disallow Claim. |
| .30 hrs @ $125.00/hr<br>Administrator-Monica Orozco | 5/7/10 – Administrator drafted letter to Jefferson Capital regarding claim being barred by the statute of limitation. |
| .10 hrs @ $125.00/hr<br>Administrator-Monica Orozco | 5/10/10 – Administrator received and reviewed letter advising of withdrawal of proof of claim. |
| .20 hrs @ $475.00/hr<br>Attorney-Barry Borowitz | 8/3/10 – Attorney received and reviewed Motion for Relief from Wells Fargo. Gave to administrator to prepare letter informing client of options. |
| .20 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 8/12/10 - Administrator drafted letter to client per attorney's instructions. |
| .20 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 8/30/10 – Administrator received call from client regarding Motion for Relief. Client wants to work out an adequate protection order. |
| 1.20 hrs @ $475.00/hr<br>Attorney-M. Erik Clark | 8/31/10 – Attorney called Christopher McDermott, at Pite Duncan to work out adequate protection order. Mr. McDermott agreed to continue MFR hearing to work out APO. Attorney met with client and discussed APO. |
| .10 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 9/10/10 – Administrator called Pite Duncan to inquire as to the APO and confirm receipt of payment. |
| .20 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 9/13/10 – Administrator called client to discuss the APO and future payments. Client stated that September payment would be sent out. |
| .40 hrs @ $475.00/hr<br>Attorney-Barry Borowitz | 9/20/10 – Attorney reviewed APO. Document did not reflect September payment. |
| .20 hrs @ $125.00/hr<br>Administrator-Nancy Montes | 9/30/10 – Administrator reached Michael Wright at Pite Duncan who stated that APO would be revised. |
| .90 hrs @ $125.00/hr<br>Administrator-Ramona Robins | 11/13/10 – Administrator prepared supplemental fee application. |
| .30 hrs @ $475.00/hr<br>Attorney-Nancy B. Clark | 11/13/10 – Attorney reviewed supplemental fee application and made changes. |

**SUMMARY OF TIME**

Attorney – Barry E. Borowitz        1.00 x $415.00 = $415.00
Attorney - Barry E. Borowitz        .60 x $475.00 = $285.00
Attorney - M. Erik Clark            1.20 x $475.00 = $570.50
Attorney – Nancy B. Clark           3.50 x $415.00 = $1,452.50
Attorney – Nancy B. Clark           4.10 x $475.00 = $1,947.50
Attorney – Eva Taylor               2.30 x $415.00 = $954.50

-3-

| | |
|---|---|
| Administrator – Alma Polanco | 1.20 x $90.00 = $108.00 |
| Administrator – Nancy Montes | 1.50 x $ 125.00 = $187.50 |
| Administrator – Monica Orozco | .40 x $ 125.00 = $50.00 |
| Administrator – Ramona J. Robins | .90 x $ 125.00 = $112.50 |
| Appearance Attorney-Keith Higginbotham | $75.00 flat fee |

**Total fees**     $6,157.50

The reasonable value for said services is **$6,157.50**. Therefore, the reasonable value for said services is **$6,157.50**     of which $0 has been paid.  WHEREFORE, your applicant prays that an allowance be made in the sum of **$6,157.50**.

DATED: _____

By:  _____
Nancy B. Clark
Attorney for Debtor(s)

# Borowitz & Clark, LLP

BARRY E. BOROWITZ*‡
M. ERIK CLARK†*‡
NANCY BONACCORSO CLARK
SHANNON A. DOYLE
JOVAN A. JOHNSON
EVA L. TAYLOR ○

100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
TEL: (626) 332-8600
FAX: (626) 332-8644
www.BLClaw.com

Additional Office Locations:

ONTARIO
NORWALK
TORRANCE
PALMDALE

† Also Admitted in NY & CT
○ Also Admitted in MA
* A Professional Corporation
‡ Board Certified in Consumer Bankruptcy

Of Counsel:
KAREN A. DION

June 18, 2010

Juan De la Torre & Alejandra De la Torre
745 Willow Avenue
La Puente, CA 91746

RE: New Hourly Rates

Dear Mr. & Mrs. De la Torre:

This letter is to inform you effective January 1, 2010 our hourly rates have changed as follows:

| | |
|---|---|
| Barry E. Borowitz | $475.00 per hour |
| M. Erik Clark | $475.00 per hour |
| Nancy B. Clark | $475.00 per hour |
| Shannon A. Doyle | $450.00 per hour |
| Karen A. Dion | $450.00 per hour |
| Eva L. Taylor | $435.00 per hour |
| Jovan A. Johnson | $435.00 per hour |
| All Case Administrators | $125.00 per hour |

Sincerely,

Borowitz & Clark, LLP

| In re: JUAN DE LA TORRE and ALEJANDRA ESTRELLA DE LA TORRE, Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-24262-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 100 N. Barranca Ave., Suite 250, West Covina, CA 91791

The foregoing document described APPLICATION FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   11/20/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge:** Ellen Carroll, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012
**Debtor:** Juan & Alejandra De la Torre, 745 Willow Avenue, La Puente, CA 91746
**Chapter 13 Trustee:** Kathy Dockery, 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/2010 | Ramona J. Robins | *(signed)* Ramona Robins |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                            F 9013-3.1

| In re: JUAN DE LA TORRE and ALEJANDRA ESTRELLA DE LA TORRE, Debtor(s). | CHAPTER 13 CASE NUMBER 2:09-bk-24262-EC |
|---|---|

**ADDITIONAL LIST:**

| | | |
|---|---|---|
| Juan De la Torre<br>745 Willow Avenue<br>La Puente, CA 91746 | Alejandra Estrella De la Torre<br>745 Willow Avenue<br>La Puente, CA 91746 | Barry E. Borowitz<br>Borowitz & Clark, LLP<br>100 N. Barranca Avenue, Suite 2:<br>West Covina, CA 91791-1600 |
| Capital One<br>Attention: Bankruptcy Department<br>P.O. Box 5155<br>Norcross, GA 30091 | Capital One<br>P.O. Box 85015<br>Richmond, VA 23285 | Capital One<br>P.O. Box 60599<br>City Of Industry, CA 91716 |
| Chase<br>Attention: Banktruptcy Department<br>P.O. Box 15298<br>Wilmintgon, DE 19850 | Chase<br>201 North Walnut Street<br>Wilmington, DE 19801 | Chase<br>P.O. Box 260177<br>Baton Rouge, LA 70826 |
| Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | Citi<br>Attention: Bankruptcy Department<br>P.O. Box 20507<br>Kansas City, MO 64915 | Citi<br>P.O. Box 499<br>Hanover, MD 21076 |
| Citi<br>P.O. Box 6931<br>The Lakes, NV 88901 | Citibank<br>Attention: Bankruptcy Department<br>P.O. Box 45129<br>Jacksonville, FL 32232 | Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117 |
| EMC Mortgage<br>P.O. Box 619063<br>Dallas, TX 75261 | Emc Mortgage Corporation<br>Attention: Bankruptcy Clerk<br>P.O. Box 293150<br>Lewisville, TX 75029 | EMC Mortgage Corporation<br>Corporate Headquarters<br>2780 Lake Vista Drive<br>Lewisville, TX 75067 |
| Equifax - Credit Bureau<br>P.O. Box 105069<br>Atlanta, GA 30348 | Experian - Credit Bureau<br>P.O. Box 949<br>Allen, TX 75002 | Golden 1 Credit Union<br>Attn: Collections<br>P.O. Box 15966<br>Sacramento, CA 95852 |
| HFC<br>Attention: Bankruptcy Department<br>P.O. Box 15522<br>Wilmington, DE 19850 | HFC<br>961 Weigel Drive<br>Elmhurst, IL 60126 | HFC<br>Attention: Bankruptcy Departmer<br>961 Weigel Drive<br>Elmhurst, IL 60126 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           F 9013-3.1

| In re: JUAN DE LA TORRE and ALEJANDRA ESTRELLA DE LA TORRE, Debtor(s). | CHAPTER 13 CASE NUMBER 2:09-bk-24262-EC |
|---|---|

HFC
P.O. Box 60101
City Of Industry, CA 91716

Honorable Ellen Carroll
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

HSBC
Attention: Bankruptcy Department
P.O. Box 5253
Carol Stream, IL 60197

HSBC
6929 Williams Road, Suite 127
Niagara Falls, NY 14304

HSBC
P.O. Box 60102
City Of Industry, CA 91716

HSBC
P.O. Box 80084
Salinas, CA 93912

Kathy Dockery
Chapter 13 Trustee
700 South Flower Street, Suite 1950
Los Angeles, CA 90017

Los Angeles Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

Macy's
Attention: Bankruptcy Department
P.O. Box 8053
Mason, OH 45040

Macy's
9111 Duke Boulevard
Mason, OH 45040

Macy's
P.O. Box 6938
The Lakes, NV 88901-6938

Sam's Club
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Sam's Club
P.O. Box 981400
El Paso, TX 79998

Sear's
Attention: Bankruptcy Department
P.O. Box 20363
Kansas City, MO 64195

Sear's
P.O. Box 6189
Sioux Falls, SD 57117

Trans Union
2 Baldwin Place
P.O. Box 2000
Chester, PA 19022

United States Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Washington Mutual
P.O. Box 660487
Dallas, TX 75266

Washington Mutual
Attention: Bankruptcy Department
P.O. Box 10467
Greenville, SC 29603

Washington Mutual/Providian
Attention: Bankruptcy Department
P.O. Box 10467
Greenville, SC 29603

Washington Mutual/Providian
P.O. Box 9180
Pleasanton, CA 94566

Wells Fargo Bank
Attention: Bankruptcy Department
P.O. Box 10438
Des Moines, IA 50306

Wells Fargo Bank
P.O. Box 5058
Portland, OR 97208

Wells Fargo Bank
P.O. Box 5445
Portland, OR 97208

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                              F 9013-3.1

| In re: JUAN DE LA TORRE and ALEJANDRA ESTRELLA DE LA TORRE, | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-24262-EC |

Wells Fargo Bank
P.O. Box 9210
Des Moines, IA 50306

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1